# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OLGA LANEAVE,

        Plaintiff,

vs.

WAL-MART STORES, INC., et al.,

        Defendants.

Case No. 2:16-cv-01572-JAD-CWH

**ORDER**

On March 8, 2017, the parties informed the court that they had settled this case. (Notice of Settlement (ECF No. 14).) The court subsequently entered an order requiring the parties to file a stipulated dismissal or to submit a joint status report to chambers regarding the settlement by April 12, 2017. (Min. Order (ECF No. 15).) To date, the parties have not filed a stipulated dismissal or submitted a joint status report.

IT IS THEREFORE ORDERED that by **May 8, 2017**, the parties must file a stipulated dismissal or submit a joint status report to chambers by facsimile at 702-464-5581. Failure to comply with this order will result in the issuance of an order to show cause.

DATED: April 24, 2017

                                        **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**